UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

-vs-

DECISION and ORDER

11-CR-6201

JOHN BARTON

                Defendant
_____

**Siragusa, J.** This case was referred by text order of the undersigned, docketed on December 13, 2011, ECF No. 2, to Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). Previously, on December 8, 2011, Magistrate Judge Payson filed a Report and Recommendation ("R&R") ECF No. 51, recommending that the Court determine Defendant competent to stand trial. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, the Court finds Defendant competent to stand trial.

IT IS SO ORDERED.

Dated: Rochester, New York
       January 15, 2012

                ENTER:

                              /s/ Charles J. Siragusa
                              CHARLES J. SIRAGUSA
                              United States District Judge