UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                Plaintiff

-vs-

                DECISION and ORDER

                11-CR-6201

JOHN BARTON

                Defendant

_____

**Siragusa, J.** This case was referred by text order of the undersigned, docketed on December 13, 2011, ECF No. 2, to Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). Previously, on December 8, 2011, Magistrate Judge Payson filed a Report and Recommendation ("R&R") ECF No. 52, recommending that the Court deny Defendant's *pro se* motion, ECF No. 25, September 7, 2011, to dismiss the criminal complaint upon which he was originally arrested. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, the Court denies Defendant's motion to dismiss the criminal complaint.[1]

IT IS SO ORDERED.

Dated: Rochester, New York
       January 15, 2012

                ENTER:

                        /s/ Charles J. Siragusa
                        CHARLES J. SIRAGUSA
                        United States District Judge

---

[1] Alternatively, the motion to dismiss the criminal complaint is denied as moot, since Indictment # 11-CR-6201 is now the operative pleading in the case.